United States District Court
Southern District of Texas
**ENTERED**
February 10, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

Jose Guarchaj, et al,                §
                                     §
                                     §
                  Plaintiff,         §
                                     §
V.                                   §        CIVIL ACTION: H-20-1697
                                     §
C Fu Yang Asian Gourmet, Inc.,       §
                                     §
                                     §
                  Defendants.        §


## ORDER

On January 26, 2021, this Court ordered Plaintiff to file documentation showing proper service within fourteen days that is compliant with the issues raised in the Court's January 26 Order. The order cautioned Plaintiff that "[f]ailure to file an amended petition within fourteen days shall result in the dismissal of Plaintiffs' case."[1]  More than fourteen days have passed, and Plaintiff has failed to file any documentation.  Thus, Plaintiff has failed to comply with the Court's January 26 order, and this case is therefore dismissed for want of prosecution.  FED.R.Civ.P.41(b). Accordingly, the Court hereby

ORDERS that Plaintiffs' case is **DISMISSED WITHOUT PREJUDICE.**

_____

[1] *Order*, Document No. 18 at Page 1.

Signed this _____ 10 _____ day of February, 2021.


David Hittner
United States District Judge